# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA FLORES,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA PUBLIC UTILITIES<br>COMMISSION, et al.,<br><br>            Defendants.        / | **Case No. 1:26-cv-00307-KES-SKO**<br><br>**ORDER FINDING SERVICE OF FIRST<br>AMENDED COMPLAINT<br>APPROPRIATE AND FORWARDING<br>SERVICE DOCUMENTS TO PLAINTIFF<br>FOR COMPLETION AND RETURN<br>WITHIN THIRTY DAYS**<br><br>**(Doc. 5)**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Rebecca Flores is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983 ("Section 1983"). (Doc. 5.) The Court has screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915 and finds that it states a cognizable Section 1983 procedural due process claim against the defendants. *See* Fed. R. Civ. P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007); *Johnson v. Ryan*, 55 F.4th 1167, 1179 (9th Cir. 2022); *Pinnacle Armor, Inc. v. U.S.*, 648 F.3d 708, 716 (9th Cir. 2016).

Accordingly, it is HEREBY ORDERED that:

1.    Service is appropriate on the following defendants:

**California Public Utilities Commission**

**Pacific Gas and Electric Company**

**PG&E Corporation**

2.    The Clerk of Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the First

Amended Complaint, filed February 9, 2026 (Doc. 5).

3.  Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

    a.  A completed summons for each defendant listed above;

    b.  A completed USM-285 form for each defendant listed above; and

    c.  Four (4) copies of the endorsed First Amended Complaint, filed February 9, 2026 (Doc. 5).

4.  Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  **The failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **March 13, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2