# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA FLORES,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, et al.,<br><br>Defendants. | Case No. 1:26-cv-00307-KES-EGC<br><br>**ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S FIRST AMENDED COMPLAINT AND *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER BE DISMISSED FOR LACK OF JURISDICTION**<br><br>(Doc. 13) |

Plaintiff proceeds *pro se* and *in forma pauperis* with a civil rights action under 42 U.S.C. section 1983. Docs. 3, 5. On March 27, 2026, Plaintiff also filed an ex parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (the "Application"), seeking "an order preventing Defendants from disconnecting her electric service during the pendency of this action," Doc. 7, which the court referred to the assigned magistrate for the preparation of findings and recommendations, Doc. 9. On April 1, 2026, Plaintiff filed a supplemental declaration in support of her Application. Doc. 11.

On April 2, 2026, the assigned magistrate judge issued findings and recommendations that Plaintiff's FAC and Application be dismissed for lack of jurisdiction. Doc. 13.

On April 6, 2026, Plaintiff filed a supplemental brief in support of her Application. Doc. 14. On April 9, 2026, she filed objections to the findings and recommendations. Doc. 15. She subsequently filed a supplemental notice of authority, Doc. 16, and supplemental objections, Doc. 17.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, including Plaintiff's objections and supplemental filings, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the findings and recommendations issued on April 2, 2026, Doc. 13, are ADOPTED in full.

The Clerk of Court is directed to CLOSE this case, and to serve a copy of this order on Plaintiff at her address as reflected on the docket.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE